### LUBELSKY et al. v. HAIMOWITZ.

(Supreme Court, Appellate Term. June 24, 1910.)

LANDLORD AND TENANT (§ 122*)—LEASES—PROPERTY, COVERED—"BASEMENT BAKERY."

　　Ovens and chimneys were part of premises leased as a "basement bakery," being connected with the basement of such premises.

　　[Ed. Note.—For other cases, see Landlord and Tenant, Cent. Dig. § 435; Dec. Dig. § 122.*]

Appeal from Municipal Court, Borough of Manhattan, Second District.

Action by Joseph Lubelsky and others against Hyman Haimowitz. Judgment for plaintiffs, and defendant appeals. Reversed, and new trial ordered.

Argued before SEABURY, GUY, and BIJUR, JJ.

Frank & Wolfson, for appellant.
Weinberg Brothers, for respondents.

BIJUR, J. The plaintiffs, landlords, sued for rent due under a lease. The defendant counterclaimed for breach of a covenant to

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

repair. The repairs claimed were to ovens and chimneys connected with the basement of the premises. The lease describes the premises rented as "the basement bakery." I think that the judge below erred in holding that the ovens and chimneys were not part of the premises so described.

The judgment is reversed, and a new trial ordered, with costs to appellant to abide the event. All concur.